IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MIKE K. STRONG, | |
|---|---|
| Plaintiff, | 8:17CV485 |
| vs. | |
| CALIBER HOME LOANS, INC. - US BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC., U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; KOZENY & MCCUBBIN, L.C., KERRY FELD, SUCCESSOR TRUSTEE; and HSBC MORTGAGE SERVICES, INC., | ORDER OF RECUSAL REQUEST FOR REASSIGNMENT |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 22nd day of December, 2017.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge