IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MIKE K. STRONG, | |
|---|---|
| Plaintiff, | 8:17-CV-485 |
| vs. | |
| CALIBER HOME LOANS, INC., et al., | ORDER |
| Defendants. | |

This matter is before the Court on its own motion as a result of the plaintiff's amended complaint (filing 24). It appears to the Court, from a review of the initial complaint (filing 1-1) and the amended complaint (filing 24) that the amended complaint changes some of the parties to the proceeding, and substantially changes the theories of relief asserted by the plaintiff. Accordingly, the Court concludes that the pending motions to dismiss are mooted by the amended complaint.

IT IS ORDERED:

1. The Clerk of the Court is directed to terminate "Caliber Home Loans, Inc. - US Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust" as a party.

2. The Clerk of the Court is directed to add "Kozeny & McCubbin, L.C." as a separate defendant from "Kozeny & McCubbin, L.C., Kerry Feld, Successor Trustee."

3.  Caliber Home Loans' motion to dismiss (filing 16) is denied without prejudice as moot.

4.  Kozeny & McCubbin, L.C., Kerry Feld, Successor Trustee's motion to dismiss (filing 19) is denied without prejudice as moot.

5.  HSBC Mortgage Services, Inc.'s motion to dismiss (filing 21) is denied without prejudice as moot.

Dated this 21st day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge